UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mendez,<br><br>      **Plaintiff,**<br><br>- *against* -<br><br>United States of America,<br><br>      **Defendant,** | **ORDER**<br><br>7:22-cv-00631-PED |

**PAUL E. DAVISON, U.S.M.J.**

  The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

  ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: January 24, 2023         SO ORDERED:
   White Plains, New York

                    _____
                    PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jan 24, 2023**